**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v.  : | CRIMINAL ACTION NO. |
| : | 1:00-CR-0859-01-RWS |
| JABRIL BATTLE, : | |
| : | |
| Defendant. : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [40] of Magistrate Judge E. Clayton Scofield, III. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Suppress Statements [21] and Motion to Suppress Search and Seizure [22] are **DENIED**.

**SO ORDERED** this  28th  day of October, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)